ORDERED in the Southern District of Florida on July 16, 2018.



_Raymond B. Ray, Judge_
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:
ARTURO GARCIA,                           Case No.: 17-23250 RBR
    Debtor.                            Chapter 7
_____/
PAYABILITY COMMERCIAL FACTORS,
LLC, a Texas limited liability company,
    Plaintiff,                             Adv Case No.:18-01153 RBR
v.
ARTURO GARCIA
    Defendant.
_____/

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS COMPLAINT

**THIS MATTER,** having come up for hearing on the 10th day of July 2018 at 10:00 am, upon Debtor's Motion to Dismiss Complaint [DE 9] and the Court having reviewed the file, having heard argument of counsel, and being otherwise fully advised on the premises, IT IS;

    **ORDERED AND ADJUDGED:**

1. The Debtor's Motion to Dismiss Complaint is GRANTED.
2. Plaintiff shall have 30 days from this Order to file an Amended Complaint.
3. If the Complaint is not amended within 30 days of this Order this case shall be dismissed with prejudice.

# # #

**Submitted by:**
Samir Masri, Esquire
901 Ponce de Leon Blvd., Suite 101
Coral Gables, FL 33134
_* Samir Masri, Esquire, is hereby directed to mail a conformed copy of this order to all affected parties._