UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

ARTURO GARCIA,    Case No.: 17-23250 RBR
    Debtor.    Chapter 7
_____/

PAYABILITY COMMERCIAL FACTORS,
LLC, a Texas limited liability company,
    Plaintiff,    Adv Case No.:18-01153 RBR
v.

ARTURO GARCIA
    Defendant.
_____/

**AMENDED ANSWER TO FIRST AMENDED ADVERSARY COMPLAINT**

COMES NOW, Defendant, ARTURO GARCIA, by and through undersigned counsel, and files this his ANSWER and state as follows:

1. Defendant admits paragraphs 1 through 4, of Plaintiff's First Amended Complaint.

2. Defendant denies paragraphs 5, 8, 9, 13, 15 through 19 of Plaintiff's First Amended Complaint and demands strict proof thereof.

3. Defendant is without knowledge and therefore denies the allegations contained in paragraphs 6, 7, 11, 12 and 14 of Plaintiff's First Amended Complaint.

4. Counts II and III (paragraphs 20 through 28) have been dismissed pursuant to this Court's Order [DE 27].

5. Defendant denies each and every material allegation contained in the Complaint that is not specifically admitted herein.

6. Defendant has retained undersigned to represent him in this action and is obligated to pay a reasonable attorney's fees and costs related to this matter.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that on this __4th__ day of February, 2019 a true and correct copy of the foregoing was sent via ECF to Mark Roher, Esquire at mroher@markroherlaw.com.

                                                Law Offices of Samir Masri
                                                Attorney for Defendant
                                                901 Ponce De Leon Blvd., Suite 101
                                                Coral Gables, FL 33134
                                                Tel: (305) 445-3422
                                                E-service: masrilaw@aol.com


                                              By: ___*s/ Samir Masri*___
                                                    Samir Masri, Esquire
                                                    FBN: 145513